**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDMOND MENARD,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No. 6:05-cv-1145-Orl-31DAB

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY,**

          **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S MOTION FOR SANCTIONS AND ATTORNEY'S FEES FOR PLAINTIFF'S FAILURE TO APPEAR FOR COURT-ORDERED MEDIATION (Doc. No. 24)**
>
> **FILED:** June 16, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

Defendant moves for sanctions against Plaintiff, who failed to appear in person for mediation as ordered by the Court. At the eleventh hour, the day before the June 14, 2006 mediation, Plaintiff's counsel filed a motion stating that Plaintiff was "currently out-of-state and currently unable to travel as required to attend the mediation." Doc. No. 22. On the day the motion to continue mediation was filed, Judge Presnell denied it. Doc. No. 23. The following day, at the mediation, Defendant and

counsel appeared, as did Plaintiff's counsel; however, Plaintiff did not appear in person although he was available by phone.

Defendant contends that it offered to continue the mediation to a date certain as long as counsel would guarantee an appearance in person by Plaintiff on the rescheduled date, but that Plaintiff's counsel refused the offer. Doc. No. 24 at 2. Plaintiff's counsel, for his part, contends that he did not refuse to agree to a new date for mediation nor did he state that Plaintiff would not guarantee an in person attendance at a future mediation. Doc. No. 25 at 3. Despite two opportunities to do so, Plaintiff has not explained why he was unable to travel to the mediation. *See* Doc. No. 22; Doc. No. 25 ("Plaintiff is prepared to offer proof of his physical inability to attend the mediation . . . at this Court's pleasure.").

It is **ORDERED** that Plaintiff is to appear for the rescheduled mediation prior to August 31, 2006. It is further **ORDERED** that Plaintiff shall pay the mediation fee for the June 14, 2006 mediation which he did not attend in person, contrary to Court order denying a continuance. The issue of any additional sanction for Plaintiff's failure to appear is reserved until the Court receives a report from the completed mediation.

**DONE** and **ORDERED** in Orlando, Florida on July 3, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record