**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDMOND MENARD,**

        **Plaintiff,**

-vs-                                              Case No.  6:05-cv-1145-Orl-31DAB

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY,**

        **Defendant.**

_____

## ORDER

Upon consideration of Plaintiff's proposed Bill of Costs (Doc. 63) and proposed calculation of prejudgment interest (Doc. 64), together with Defendant's Response (Doc. 66), the Court finds that the judgment in this case should be amended to include prejudgment interest in the amount of $1,835.19, costs in the amount of $265.00 and an additional attorney's fee award of $1,050.00, for a total amended judgment of $53,172.09.  Accordingly, it is

**ORDERED** that the Bill of Costs taxed at Doc. 65 is VACATED, and the Clerk is directed to enter an amended judgment on behalf of Plaintiff and against Defendant in the amount of $53,172.09.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 12, 2007.

                                                                           GREGORY A. PRESNELL
                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party